**Order entered June 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01694-CR

**FRANCISCO ALVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-73175-P**

## ORDER

The Court **GRANTS** court reporter Lisabeth Kellett's June 4, 2013 request for extension of time to file the reporter's record. We **ORDER** Ms. Kellett, as official court reporter, to file the complete reporter's record by **JULY 3, 2013**. Because the record is already two months overdue, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lisabeth Kellett, official court reporter, 203rd Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE